UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE A. CORLEW,

        Plaintiff,

v.

                                         Case No. 12-10004

COMMISSIONER OF SOCIAL           Honorable Patrick J. Duggan
SECURITY,

        Defendant.

_____/

## OPINION AND ORDER

On January 2, 2012, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for social security benefits.  The following day, this Court referred the lawsuit to Magistrate Judge Michael Hluchaniuk for all pretrial matters proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 2.) The parties subsequently filed cross-motions for summary judgment.  On February 19, 2013, Magistrate Judge Hluchaniuk issued his R&R recommending that this Court grant Defendant's motion and deny Plaintiff's motion.  (ECF No. 15.)

In his R&R, Magistrate Judge Hluchaniuk concludes that Plaintiff fails to make anything but a perfunctory argument as to why the Administrative Law Judge's decision should be reversed.  (*Id.* at 16.)  Nevertheless, Magistrate Judge Hluchaniuk concludes that an evaluation of the record established that there was substantial evidence to support

the Administrate Law Judge's determination that Plaintiff is not disabled.  (*Id*. at 16-17.)

At the conclusion of the R&R, Magistrate Judge Hluchaniuk advises the parties that they

may object to and seek review of the R&R within fourteen days of service upon them.

(*Id*. at 18.)  He further specifically advises the parties that "[f]ailure to file specific

objections constitutes a waiver of any further right to appeal." (*Id*.)  No objections to the

R&R were filed.

The Court has carefully reviewed the R&R and concurs with the conclusions

reached by Magistrate Judge Hluchaniuk.  The Court therefore adopts Magistrate Judge

Hluchaniuk's February 19, 2013 Report and Recommendation.

Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment is

**GRANTED**.

Dated: March 22, 2013                         s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE


Copies to:
Richard J. Doud, Esq.
AUSA Lynn Marie Dodge
Magistrate Judge Michael Hluchaniuk

2